Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                       Case No.:  25−20091−MBK
                                       Chapter:  13
                                       Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Abraham Gruber
   430 Middlesex Avenue
   Colonia, NJ 07067

Social Security No.:
   xxx−xx−2177

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/21/25.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 21, 2025
JAN: wiq

                                                                           Jeanne Naughton
                                                                           Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 25-20091-MBK
Abraham Gruber  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 2
Date Rcvd: Oct 21, 2025  Form ID: 148  Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Abraham Gruber, 430 Middlesex Avenue, Colonia, NJ 07067-3215 |
| 520823167 | + | Amritpreet Kaur, 33 Stevenville Parkway, Edison, NJ 08820-3023 |
| 520823171 | + | Middlesex County Sheriff's Office, 701 Livingston Avenue, New Brunswick, NJ 08901-3345 |
| 520823172 | + | Nexus Nova LLC, 505 U.S. Highway 169, Suite 555, Minneapolis, MN 55441-6447 |
| 520823174 | + | Rosegate/ser, P.o. Box 100078, Duluth, GA 30096-9377 |
| 520823175 | | Toyota Mtr, Credit Dispute Research Team, Dallas, TX 75265 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 21 2025 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 21 2025 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520823166 | + | Email/PDF: bncnotices@becket-lee.com | Oct 21 2025 21:15:03 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 520823168 | + | EDI: DISCOVER | Oct 22 2025 00:45:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 520823169 | + | EDI: IRS.COM | Oct 22 2025 00:45:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520823170 | ^ | MEBN | Oct 21 2025 20:53:32 | KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520823173 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 21 2025 20:53:00 | NJ Division of Taxation, Bankruptcy Section, P.O. Box 245, Trenton, NJ 08695 |
| 520841625 | | Email/PDF: bncnotices@becket-lee.com | Oct 21 2025 21:02:18 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 21, 2025 | Form ID: 148 | Total Noticed: 14 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2025         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2025 at the address(es) listed below:

**Name**                           **Email Address**

Albert Russo
                                    docs@russotrustee.com

Denise E. Carlon
                                    on behalf of Creditor Nexus Nova LLC  dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

George E Veitengruber, III
                                    on behalf of Debtor Abraham Gruber  bankruptcy@veitengruberlaw.com  knapolitano15@gmail.com

U.S. Trustee
                                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4