UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

George E. Veitengruber, III, Esq.
Veitengruber Law LLC
1720 Route 34, Suite 10
Wall, NJ 07727
Telephone: 732-695-3303
Facsimile: 732-695-3917
bankruptcy@veitengruberlaw.com
Attorneys for Debtor(s)

Abraham Gruber

Order Filed on November 24, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CASE NO:   25-20091

HEARING DATE:

JUDGE: MBK

CHAPTER: 13

## ORDER TO REDEEM PROPERTY

The relief set forth on the following page is **ORDERED**.

DATED: November 24, 2025

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtors: Abraham Gruber
Case No: 25-20091
Caption of Order: Order Authorizing Redemption of Property

**THIS MATTER** was presented to the Court by Veitengruber Law, LLC, attorneys for the Debtor, with notice having been given to all parties-in-interest, and the Court having had the opportunity to review the application of the Debtor and for all the reasons set forth on the record and for good cause shown:

It is hereby:

ORDERED as follows:
- The request to redeem the property is hereby granted.
- Redemption amount to be paid directly to the Middlesex County Sheriff's Office to Satisfy the Sheriff Sale that occurred on September 17, 2025.