| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| George E. Veitengruber, III, Esq.<br>Veitengruber Law LLC<br>1720 Route 34, Suite 10<br>Wall, NJ 07727<br>Telephone: 732-695-3303<br>Facsimile: 732-695-3917<br>bankruptcy@veitengruberlaw.com<br>Attorneys for Debtor(s) |
| Abraham Gruber |



Order Filed on November 24, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CASE NO:   25-20091

HEARING DATE:

JUDGE: MBK

CHAPTER: 13

## ORDER TO REDEEM PROPERTY

The relief set forth on the following page is **ORDERED**.

**DATED:** November 24, 2025

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtors: Abraham Gruber
Case No: 25-20091
Caption of Order: Order Authorizing Redemption of Property

**THIS MATTER** was presented to the Court by Veitengruber Law, LLC, attorneys for the Debtor, with notice having been given to all parties-in-interest, and the Court having had the opportunity to review the application of the Debtor and for all the reasons set forth on the record and for good cause shown:

It is hereby:

ORDERED as follows:

- The request to redeem the property is hereby granted.
- Redemption amount to be paid directly to the Middlesex County Sheriff's Office to Satisfy the Sheriff Sale that occurred on September 17, 2025.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 25-20091-MBK
Abraham Gruber                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1
Date Rcvd: Nov 24, 2025          Form ID: pdf903          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Abraham Gruber, 430 Middlesex Avenue, Colonia, NJ 07067-3215 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2025          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Nexus Nova LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| George E Veitengruber, III | on behalf of Debtor Abraham Gruber bankruptcy@veitengruberlaw.com knapolitano15@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4